UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**                                                                              CIVIL NO.  1:11-CV-01248

**BLANKS BRANICK III,**
**Defendant.**

## NOTICE AND ORDER OF VOLUNTARY DISMISSAL

By signature of counsel below, the United States has given notice for the dismissal of this case pursuant to F.R.C.P. 41(a)(1)(I). The defendant Blanks Branick III, has not been served, has not filed an answer and has not filed a motion for summary judgment. The United States has been unable to locate Blanks Branick III.

It is accordingly ORDERED that this action is hereby dismissed without prejudice to re-file if the government is able to locate the defendant.

                                        Respectfully submitted,
                                        Edward L. Stanton, III
                                        United States Attorney

                    By:    <u>s/Barbara M. Zoccola</u>
                            Barbara M. Zoccola
                            Assistant United States Attorney
                            200 Jefferson Avenue, Suite 811
                            Memphis, TN 38103
                            901-544-4010
                            (TN BPR #13020)